

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00039-CV

IN RE: TIMOTHY LEE ROBINSON

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

# M E M O R A N D U M   O P I N I O N

Timothy Lee Robinson has filed a petition for writ of mandamus requesting this Court to order an unspecified district court in Titus County[1] to adjudicate that Robinson is entitled to the return of $1,155.00 seized in 2005. Robinson alleges Titus County has only recently initiated forfeiture proceedings—eight years after the seizure.

Robinson's petition is not accompanied by a certified or sworn copy of the motion that is the subject of his complaint, as is required by Rule 52.3 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(k)(1)(A). It is the relator's burden to provide this Court with a sufficient record to establish his right to mandamus relief. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1). The record is inadequate to grant mandamus relief.

Accordingly, we deny Robinson's petition for writ of mandamus.

Bailey C. Moseley
Justice

Date Submitted:     May 14, 2014
Date Decided:       May 15, 2014

---

[1]We take judicial notice that Titus County has two district courts: the 76th Judicial District, the Honorable Danny Woodson presiding, and the 276th Judicial District, the Honorable Robert Rolston presiding.